UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

In re:

REGINA GUZIOR,            Case No.    04-23413
                                            Chapter 7
     Debtor.                  Hon. Walter Shapero

_____/

ORDER SUSTAINING
TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION

      For the reasons stated in the Court's opinion entered this date, Trustee's objection to Debtor's exemption is sustained.

      It is so ordered.

.

**Entered: August 07, 2006**

                                               **/s/ Walter Shapero**
                                 **Walter Shapero**
                                 **United States Bankruptcy Judge**